**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IBRAHIM ALTHNAIBAT,

                Plaintiff,                19 **CIVIL** 3245 (NSR)

      -v-                                    **JUDGMENT**

CHAD WOLF, Acting Secretary, U.S. Department
of Homeland Security (DHS); MARK KOUMANS,
Acting Director, U.S. Citizenship and Immigration
Services (USCIS); THOMAS CIOPPA, New York
District Director, USCIS, DHS; SUSAN
QUINTANA, New York Field Office Director,
USCIS, DHS: and CHRISTOPHER A. WRAY,
Director, Federal Bureau of Investigations,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 18, 2020, Defendants' motion to remand is GRANTED. This case is REMANDED to the U.S. Citizenship and Immigration Services ("CIS") for prompt resolution, with the following appropriate instructions pursuant to 8 U.S.C. § 1447(b): 1. CIS shall schedule its Form G-56 Call in Notice meeting with Plaintiff for an updated review of his pending application and so that he can provide his permanent resident card, passports, and original birth certificate with certified translation. CIS shall schedule the meeting to occur as soon as practicable but no later than thirty (30) days from the date of the Order. 2. CIS shall adjudicate Plaintiffs Application for Naturalization within sixty (60) days of the aforementioned meeting. 3. If CIS concludes that Plaintiff is eligible for naturalization, CIS must permit him to be sworn in as a citizen within thirty (30) days of CIS's determination. 4. If CIS denies Plaintiff's Application for Naturalization, and Plaintiff timely files a request for an administrative hearing on the denial, CIS shall hold a hearing on the administrative appeal within ninety (90) days from the request for an

administrative hearing. CIS shall issue a decision on Plaintiff's administrative appeal within ninety (90) days from the review hearing. 5. If CIS denies Plaintiff's administrative appeal, Plaintiff may move to re-open this case and amend his pleadings within one hundred and twenty (120) days from the denial so that this Court can review the denial of his application, de novo, under 8 U.S.C. § 1421(c); accordingly, the case is closed.

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**